UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PENNSYLVANIA NATIONAL MUTUAL INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | CASE NUMBER 08-J-0635-S |
| v. | ) ) | |
| HANNA STEEL CORPORATION, CEOLA ALLEN, KATIE LOWERY, LARRY AARON, COLUMBIA CASUALTY COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, FIREMAN'S FUND INSURANCE COMPANY, AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## FIREMAN'S FUND INSURANCE COMPANY'S EVIDENTIARY SUBMISSION IN SUPPORT OF ITS MOTION FOR <u>SUMMARY JUDGMENT</u>

Come now defendant Fireman's Fund Insurance Company and submits the following evidence in support of its Motion for Summary Judgment filed concurrently herewith:

Exhibit A:  Complaint, *Pennsylvania National Mutual Ins. Co. v. Hanna Steel Corporation, et al.*, Case No.: 08-J-0635-S.

Exhibit B:

Exhibit C: Complaint, *Ceola Allen, et al. v. Hanna Steel Corp., et al.*, Civ. No. 04-79, Circuit Court of Jefferson County, Alabama.

Exhibit D: Complaint, *Katie Lowery, et al. v. Hanna Steel Corp., et al.*, Civ. No. 05-1749, Circuit Court of Jefferson County, Alabama.

Exhibit E: Complaint, *Larry Aaron, et al. v. Hanna Steel Corp., et al.*, Civ. No. 07-40, Circuit Court of Jefferson County, Alabama.

Exhibit F: March 8, 2004 letter from Fireman's Fund Insurance Company to Hanna Steel Corporation.

Exhibit G: June 5, 2007 letter from Fireman's Fund Insurance Company to Hanna Steel Corporation.

Exhibit H: August 28, 2007 letter from Fireman's Fund Insurance Company to Hanna Steel Corporation.

Dated: September 18, 2008

By: _____/S/_____
Sharon Stuart (DON015)
Lynn S. Darty (DAR010)
CHRISTIAN & SMALL LLP
1800 Financial Center
505 North Twentieth Street
Birmingham, AL 35203-2696
(205) 795-6588
(205) 328-7234 (fax)

Gary D. Centola (admitted pro hac vice)
William J. Edwins (admitted pro hac vice)
Rivkin Radler LLP
926 RexCorp Plaza
Uniondale, NY  11556-0926
(516) 357-3000
(516) 357-3333 (fax)

Attorneys for Defendant Fireman's Fund Insurance Company