FILED
2008 Oct-02 PM 11:46
U.S. DISTRICT COURT
N.D. OF ALABAMA



EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>HANNA STEEL CORPORATION, et al.<br><br>Defendants. | )<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>) CV-08-J-0635-S<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF RANDALL S. RAIFORD

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF JEFFERSON | ) |

I Randall S. Raiford, being duly sworn, deposes and says:

1. I am over the age of 18 and competent to make this Affidavit in all respects.

2. I am employed by Hanna Steel Corporation.

3. I am familiar with Hanna Steel Corporation's ("Hanna Steel") insurance policies and files, including the policy for December 1, 1998 to December 1, 1999, issued to Hanna Steel by The American Insurance Company, a Fireman's Fund company.

4. This Affidavit is based on my review of the information, records and materials contained in the files maintained by Hanna Steel in its ordinary course of business. If called, I can and will competently testify as to the truth of the facts contained herein.

5. Annexed hereto as Exhibit "1" is a true and correct copy of documents that were included as part of the Commercial General Liability insurance policy to Hanna Steel Corporation ("Hanna Steel"), number KXC80371919 for the period December 1, 1998, to December 1, 1999 (the "FFIC Policy").

4/131836.1

6. The attached documents were provided to Hanna Steel by its insurance broker, McGriff Seibels.

I declare under penalty of perjury that the foregoing is true and correct.

*Randall S. Raiford* (signature)

Sworn to and subscribed before me this 2nd day of October, 2008.

*Brenda J. Torres* (signature)
NOTARY PUBLIC

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: May 9, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS

My Commission Expires

4/131836.1

- 2 -



**EXHIBIT 1, p. 1**

**Fireman's Fund**

# Final Premium Summary

POLICY NUMBER 7 50 KKC 80371919

Insured
HANNA STEEL CORPORATION

Producer Code 01-490-869 AID 0B

Producer Name and Address
MCGRIFF, SEIBELS & WILLIAMS
P·O BOX 10265
BIRMINGHAM     AL 35202

HANNA STEEL

Policy Period 12-01-98 to 12-01-99

Rating Period 12-01-98 to 12-01-99

Quote 60-29024-01 Pol Sub Code
Under Grp 7 Under Id EH
Risk Id I15 Member
Branch ATLANTA

SIC Code 3317    U/W PROG. 583

ESTIMATED PREMIUM BINDER ISSUED FOR THIS POLICY
SIF ISSUE HAS PREMIUM/INSTALLMENTS

| COVERAGE | COMN | PREMIUM | FLAT | SIZE | EXPER | SCHED | EXPEN |
|---|---|---|---|---|---|---|---|
| GENERAL LIABILITY | 0.0 | 26,365 | 00 % | 00 % | | | |
| GEN LIAB Manual Rated | 0.0 | 335 | | | | | |

TOTAL PREMIUM            26,700.80
The premium is subject to the Installment Plan

For Manually Rated Premium Modifiers and Adjustment Frequency, see worksheets.

CEI 01/15/99

FPS - 1

EXHIBIT 1, p. 2

061035A    CIZ  03   EFCG.O150.A16A901  M                                              FIELD


Fireman's Fund

## Gross/Net Premium Summary

POLICY NUMBER  7 60 KXG 80371919

Insured  HANNA STEEL CORPORATION

Producer Code  01-490-059 AID 60

Producer Name and Address
MCGRIFF, SEIBELS & WILLIAMS
P. O BOX 10265
BIRMINGHAM          AL 35202

HANNA STEEL

Policy Period 12-01-98 to 12-01-99          Quote 60-29024-01

Rating Period 12-01-98 to 12-01-99

ESTIMATED PREMIUM BINDER ISSUED FOR THIS POLICY
SIF ISSUE HAS PREMIUM/INSTALLMENTS

| COVERAGE | COMM PCT | GROSS PREMIUM | ESTIMATED NET PREMIUM |
|---|---|---|---|
| GENERAL LIABILITY | 0.00 | 26,365 | 26,365.00 |
| GEN LIAB Manual Rated | 0.00 | 335 | 335.00 |
| TOTAL PREMIUM | | 26,700.00 | 26,700.00 |

The premium is subject to the Installment Plan

INSTALLMENT SUMMARY

|  | GROSS AMOUNT | ESTIMATED NET PREMIUM |
|---|---|---|
| INCEPTION | 6,676.00 | 6,676.00 |
| 01-01-99 | 2,503.00 | 2,503.00 |
| 02-01-99 | 2,503.00 | 2,503.00 |
| 03-01-99 | 2,503.00 | 2,503.00 |
| 04-01-99 | 2,503.00 | 2,503.00 |
| 05-01-99 | 2,503.00 | 2,503.00 |
| 06-01-99 | 2,503.00 | 2,503.00 |
| 07-01-99 | 2,503.00 | 2,503.00 |
| 08-01-99 | 2,503.00 | 2,503.00 |

THIS INFORMATION IS AN ESTIMATE ONLY                          GNP - 1

EXHIBIT 1, p.3



**Fireman's Fund**

POLICY NUMBER          Previous Policy Numbers
7 60 KXC 80371919             NEW

Coverage for policies
other than WORKERS'
COMPENSATION is provided
in the following company
THE AMERICAN
INSURANCE COMPANY
OMAHA, NE 68154
A STOCK INSURANCE CO. (18)

**GENERAL DECLARATIONS**

Named Insured and Mailing Address                    RISK ID.    113/

HANNA STEEL CORPORATION; HANNA TRUCK LINES, INC.
(Named Insureds are continued following the Premium Summary section of
these General Declarations)
3812 COMMERCE AVENUE
FAIRFIELD           AL   35064

Producer Name and Address
MCGRIFF, SEIBELS & WILLIAMS
P O BOX 10265                                HANNA STEEL
BIRMINGHAM          AL   35202

The Named Insured is a(n) CORPORATION

Business or Operations of the Named Insured: MANUF. OF ALUMINUM WINDOWS

---

The insurance provided by this policy consists of the following coverage
form(s). The premium may be subject to adjustment. In return for payment of
the premium and subject to all the terms of this policy, we agree with you to
provide the insurance as stated in this policy.

**GENERAL LIABILITY COVERAGES - OCCURRENCE**

Policy Period (For above coverage(s))
Policy Period is from 12-01-98 to 12-01-99 12:01 A.M., Standard Time
at the mailing address of the insured.

---

PREMIUM SUMMARY:
  Estimated Total Annual Premium    $26,700.00
  Premium is payable on installments as follows:
        $6,676.00  Due at Inception       $2,503.00  Due  01-01-99
        $2,503.00  Due  02-01-99          $2,503.00  Due  03-01-99
        $2,503.00  Due  04-01-99          $2,503.00  Due  05-01-99
        $2,503.00  Due  06-01-99          $2,503.00  Due  07-01-99
        $2,503.00  Due  08-01-99

(Named Insured continued)

GD - 1



EXHIBIT 1, p. 4

POLICY NUMBER 7 60 KXG 80371919

Named Insured
HANNA STEEL CORPORATION

GENERAL DECLARATIONS continued

A STOCK INSURANCE CO. (18)

(Named Insured continued)
HANNA TRUCK LINES, INC
ANY ENTITY NOW IN EXISTENCE
ALL PENSION AND BENEFIT PLANS

LOCATION OF PREMISES

| LOC. | | | | | |
|---|---|---|---|---|---|
| 001 | 3812 COMMERCE AVENUE FAIRFIELD | AL | 35064 | JEFFERSON | (COUNTY) |
| 002 | 3608 AVENUE C FAIRFIELD | AL | 35064 | JEFFERSON | (COUNTY) |
| 003 | 3001 HICKORY STREET GADSDEN | AL | 35904 | ETOWAH | (COUNTY) |
| 004 | 1701 BOLONE BLVD TUSCALOOSA | AL | 35402 | TUSCALOOSA | (COUNTY) |
| 005 | LOT 20-26 BAY VIEW HEIGHT PANAMA CITY | FL | 32401 | BAY | (COUNTY) |

FORMS ATTACHED AT INCEPTION

GENERAL PROVISIONS

IL0003- 04-98 CALCULATION OF PREMIUM (IL 00 03 04 98)
IL0017 11-98 REV COMMON POLICY CONDITIONS (IL 00 17 11 98R)
IL0021 04-98 NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM)
  (IL 00 21 04 98)

GENERAL LIABILITY

CG0001 01-96 COMMERCIAL GENERAL LIABILITY COVERAGE FORM (CG 00 01 01 96)
CG0054 03-97 AMENDMENT OF POLLUTION EXCLUSION - EXCEPTION FOR BUILDING
  HEATING EQUIPMENT (CG 00 54 03 97)
CG0055 03-97 AMENDMENT OF OTHER INSURANCE CONDITION (OCCURRENCE VERSION)
  (CG 00 55 03 97)
CG2147 10-93 EMPLOYMENT - RELATED PRACTICES EXCLUSION (CG 21 47 10 93)
CG2149 01-96 TOTAL POLLUTION EXCLUSION ENDORSEMENT (CG 21 49 01 96)
CG7093 12-92 COMPLETE ASBESTOS EXCLUSION (CG 70 93 12 92)
CG7158 07-96 MULTICOVER (CG 71 58 07 96)
EB7000 12-97 EMPLOYEE BENEFITS ADMINISTRATION ERRORS AND OMISSIONS
  INSURANCE (EB 70 00 12 97)

GD - 2



POLICY NUMBER 7 60 KXG 8037 19 19

Named Insured
HANNA STEEL CORPORATION

Sequential Endorsement Number 002

CHANGE ENDORSEMENT
Effective 12/01/98, 12:01 A.M.,
Standard Time at the address of the insured

This is an Endorsement only. Other than changes shown, all other pre-existing coverage remains in full force and effect. Premium adjustments are shown.

PREMIUM SUMMARY:                    ADDITIONAL PREMIUM DUE NOW          $0.00

The following other General Liability endorsement(s) are added to the policy and apply as shown:

MULTICOVER
AMENDMENT OF C07158-0796 MULTICOVER
C07158       0796

  IT IS AGREED THAT ITEM 8, NON-OWNED OR CHARTERED WATERCRAFT
  SECTION (2) (A) IS AMENDED TO READ AS FOLLOWS:

  (2) A WATERCRAFT YOU DO NOT OWN THAT IS:
      (A) LESS THAN 60 FEET LONG; AND

  ALL OTHER WORDING REMAINS UNCHANGED.

Countersignature of Authorized Agent: _____
Producer MCGRIFF, SEIBELS & WILLIAMS                               Date 05/19/00
         P O BOX 10265                     HANNA STEEL
         BIRMINGHAM       AL 35202

CHANGE ENDORSEMENT CONTINUED ON PAGE 2

Page 1

POLICY NUMBER 7 60 KXC 8037 19 19

Named Insured
HANNA STEEL CORPORATION                                      Sequential Endorsement Number 002 (continued)

RATING PERIOD 12-01-98 TO 12-01-99

## GENERAL LIABILITY SCHEDULE

Premise 01
Location 001   3812 COMMERCE AVENUE
               FAIRFIELD               AL  35064    JEFFERSON        (CNTY)

Location 002   3608 AVENUE C
               FAIRFIELD               AL  35064    JEFFERSON        (CNTY)

Location 003   3001 HICKORY STREET
               GADSDEN                 AL  35904    ETOWAH           (CNTY)

Location 004   1701 BOLUNE BLVD
               TUSCALOOSA              AL  35402    TUSCALOOSA       (CNTY)

Location 005   LOT 20-26 BAY VIEW HEIGHT
               PANAMA CITY             FL  32401    BAY              (CNTY)

| Classification(s) | Bases of Premium | Exposure | Rate |
|---|---|---|---|
| Premise 01 | | | |
| Premises/Operations METAL DLRS/DISTRBS- STRUCTURAL | GROSS SALES | 150,000,000 | .0372 |
| Products/Completed Operations METAL DLRS/DISTRBS- STRUCTURAL | GROSS SALES | 150,000,000 | .0850 |
| MULTICOVER | | | 250 |

END OF CHANGE ENDORSEMENT.

Page   2

Fireman's Fund

POLICY NUMBER 7 60 KXC 8037 19 19

Named Insured
HANNA STEEL CORPORATION

Sequential Endorsement Number 001

CHANGE ENDORSEMENT
Effective 12/01/98, 12:01 A.M.,
Standard Time at the address of the insured

This is an Endorsement only. Other than changes shown, all other pre-existing coverage remains in full force and effect. Premium adjustments are shown.

PREMIUM SUMMARY:             ADDITIONAL PREMIUM DUE NOW       $165.00

The Premium shown includes Adjustable Premium(s). Refer to Premium Adjustment Information attached.

The Name of the Named Insured is amended to read:
HANNA STEEL CORPORATION; HANNA TRUCK LINE, INC.
HANNA TRUCK LINE, INC
ANY ENTITY NOW IN EXISTENCE
ALL PENSION AND BENEFIT PLANS

The Limits of Insurance shown in the Commercial General Liability Declarations for the Coverage Part(s) described are replaced by the Limits designated below. These Limits are inclusive of and not in addition to the Limits being replaced.

| Coverages | | Limits of Liability |
|---|---|---|
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | | |
| GENERAL AGGREGATE LIMIT (Other than Products - Completed Operations) | | $2,000,000 |
| PRODUCTS - COMPLETED OPERATIONS AGGREGATE LIMIT | | $2,000,000 |
| PERSONAL & ADVERTISING INJURY LIMIT | | $1,000,000 |
| EACH OCCURRENCE LIMIT | | $1,000,000 |
| FIRE DAMAGE LIMIT | ANY ONE FIRE | $100,000 |
| MEDICAL EXPENSE LIMIT | ANY ONE PERSON | $5,000 |

Countersignature of Authorized Agent:
Producer MCORIFF, SEIBELS & WILLIAMS                    Date 05/05/99
P O BOX 10265                          HANNA STEEL
BIRMINGHAM        AL 35202

CHANGE ENDORSEMENT CONTINUED ON PAGE 2

Page 1

POLICY NUMBER 7 60 KKC 8037 19 19

Named Insured
HANNA STEEL CORPORATION

Sequential Endorsement Number 001 (continued)

The following other General Liability endorsement(s) are added to the policy and apply as shown:

ADDITIONAL INSURED - VOLUNTEER WORKERS
CG2021          1093

EMPLOYEE BENEFITS ADMINISTRATION
ERRORS AND OMISSIONS INSURANCE
EB7000          1297

    THESE DECLARATIONS ARE ISSUED IN CONJUNCTION WITH AND ARE PART OF COVERAGE FORM EB 70 00.

    DECLARATIONS

    INSURANCE IS PROVIDED ONLY FOR THOSE COVERAGES FOR WHICH LIMITS OF INSURANCE ARE STATED IN THE PLACE PROVIDED IN THESE DECLARATIONS.

    LIMITS OF INSURANCE

    EACH EMPLOYEE LIMIT        $ 1,000,000
    AGGREGATE LIMIT            $ 1,000,000

NOTICE OF OCCURRENCE - GENERAL LIABILITY
NF6000821       0894

The following other General Liability endorsement(s) are deleted from the policy:

TOTAL POLLUTION EXCLUSION ENDORSEMENT
CG2149          0196

CHANGE ENDORSEMENT CONTINUED ON PAGE  3

EXHIBIT 1, p. 9

003L248   CIZ 04   EFCG.0150.B09E001                                           FIELD

POLICY NUMBER 7 60 XXC 8037 19 19

Named Insured
HANNA STEEL CORPORATION                    Sequential Endorsement Number 001 (continued)

RATING PERIOD 12-01-98 TO 12-01-99

### GENERAL LIABILITY SCHEDULE

Premise 01
Location 001   3512 COMMERCE AVENUE
               FAIRFIELD            AL  35064    JEFFERSON         (CNTY)

Location 002   3608 AVENUE C
               FAIRFIELD            AL  35064    JEFFERSON         (CNTY)

Location 003   3001 HICKORY STREET
               GADSDEN              AL  35984    ETOWAH            (CNTY)

Location 004   1701 BULONE BLVD
               TUSCALOOSA           AL  35402    TUSCALOOSA        (CNTY)

Location 005   LOT 20-26 BAY VIEW HEIGHT
               PANAMA CITY          FL  32401    BAY               (CNTY)

| Classification(s) | Bases of Premium | Exposure | Rate |
|---|---|---|---|
| **Premise 01** | | | |
| Premises/Operations | | | |
| METAL DLRS/DISTRBS- STRUCTURAL | GROSS SALES | 150,000,000 | .0872 |
| Products/Completed Operations | | | |
| METAL DLRS/DISTRBS- STRUCTURAL | GROSS SALES | 150,000,000 | .0830 |
| MULTICOVER | | | 250 |

CHANGE ENDORSEMENT CONTINUED ON PAGE   4

POLICY NUMBER 7 6C KXC 5037 19 19

Named Insured
HANNA STEEL CORPORATION

Sequential Endorsement Number 091 (continued)

Forms Added at the Inception of this Change Endorsement

GENERAL LIABILITY

CG2021 10-93                NF6000021 08-94

END OF CHANGE ENDORSEMENT

Page 4

EXHIBIT 1, p.11

POLICY NUMBER 7 60 KXC 80371919

Named Insured
HANNA STEEL CORPORATION

GENERAL DECLARATIONS continued

FORMS ATTACHED AT INCEPTION

  GENERAL LIABILITY

    180007 11-85 COMPOSITE RATING PLAN (180007 11 85)

Countersignature of Authorized Agent: _____

Producer  MCGRIFF, SEIBELS & WILLIAMS          Date 01/15/99
          P O BOX 10265                        HANNA STEEL
          BIRMINGHAM         , AL 35202

                                                 GD - 3

EXHIBIT 1, p. 12

POLICY NUMBER 7 60 KXC 80371919

NAMED INSURED
HANNA STEEL CORPORATION

## GENERAL LIABILITY DECLARATIONS

Insurance is provided only for those Coverages, Limits of Liability and Endorsements shown below.

| Coverages | | Limits of Liability |
|---|---|---|
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | | |
| GENERAL AGGREGATE LIMIT (Other Than Products - Completed Operations) | | $2,000,000 |
| PRODUCTS - COMPLETED OPERATIONS AGGREGATE LIMIT | | 2,$1,000,000 End+1 |
| PERSONAL & ADVERTISING INJURY LIMIT | | $1,000,000 |
| EACH OCCURRENCE LIMIT | | $1,000,000 |
| FIRE DAMAGE LIMIT | ANY ONE FIRE | $100,000 |
| MEDICAL EXPENSE LIMIT | ANY ONE PERSON | $5,000 |

The audit period shall be ANNUAL

### GENERAL LIABILITY ENDORSEMENT(S)

EMPLOYMENT - RELATED PRACTICES EXCLUSION (CG 21 47 10 93)

MULTICOVER (CG 71 58 07 96)

AMENDMENT OF POLLUTION EXCLUSION - EXCEPTION FOR BUILDING HEATING EQUIPMENT (CG 00 54 03 97)

AMENDMENT OF OTHER INSURANCE CONDITION (OCCURRENCE VERSION) (CG 00 55 03 97)

### OTHER GENERAL LIABILITY ENDORSEMENT(S)

TOTAL POLLUTION EXCLUSION ENDORSEMENT
C02149        0196

GL - 1

POLICY NUMBER 7 60 KXC 80371919

NAMED INSURED
HANNA STEEL CORPORATION

COMMERCIAL GENERAL LIABILITY DECLARATIONS (continued)

OTHER GENERAL LIABILITY ENDORSEMENT(S) (continued)

COMPLETE ASBESTOS EXCLUSION
CG7093       1292

COMPOSITE RATING PLAN
I80007-11-89
I80007       1185

DECLARATIONS

ESTIMATED EXPOSURE          RATE
$150,000,000                6.1780
ESTIMATED PREMIUM           MINIMUM PREMIUM
$26,700                     $26,700

GL - 2

EXHIBIT 1, p.14

001032A   CIZ  01  EFCG.0130.A10A951  M                              FIELD

POLICY NUMBER 7 60 KXG 80371919
NAMED INSURED
    HANNA STEEL CORPORATION
RATING PERIOD 12-01-98 TO 12-01-99

## GENERAL LIABILITY SCHEDULE

| Premise 01 | | | | | |
|---|---|---|---|---|---|
| Location 001 | 3812 COMMERCE AVENUE FAIRFIELD | AL | 35064 | JEFFERSON | (CNTY) |
| Location 002 | 3600 AVENUE G FAIRFIELD | AL | 35064 | JEFFERSON | (CNTY) |
| Location 003 | 3001 HICKORY STREET GADSDEN | AL | 35904 | ETOWAH | (CNTY) |
| Location 004 | 1701 BOLONE BLVD TUSCALOOSA | AL | 35402 | TUSCALOOSA | (CNTY) |
| Location 005 | LOT 20-26 BAY VIEW HEIGHT PANAMA CITY | FL | 32401 | BAY | (CNTY) |

| Classification(s) | Bases of Premium | Exposure | Rate |
|---|---|---|---|
| **Premise 01** | | | |
| Premises/Operations METAL DLRS/DISTRBS- STRUCTURAL | GROSS SALES | 150,000,000 | .0872 |
| Products/Completed Operations METAL DLRS/DISTRBS- STRUCTURAL | GROSS SALES | 150,000,000 | .0869 |
| MULTICOVER | | | 250 |

GL - 3