FILED
2008 Oct-03 AM 09:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL INSURANCE COMPANY, ) ) ) Plaintiff, ) ) VS. ) ) HANNA STEEL CORPORATION, ) ET AL, ) ) Defendants. ) | Civil Action Number: CV-08-J-0635-S |

## RESPONSE TO FIREMAN'S FUND INSURANCE COMPANY'S AND AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY'S MOTIONS FOR SUMMARY JUDGMENT

COMES NOW the plaintiff, Pennsylvania National Mutual Insurance Company ("Penn National"), and responds to Fireman's Fund Insurance Company's ("Fireman's Fund") and American Manufacturers Mutual Insurance Company's ("AMMI") motions for summary judgment.

Penn National recognizes that Fireman's Fund and AMMI dispute they owe Hanna Steel coverage based upon the absolute total pollution exclusions contained in their respective liability policies for the claims being asserted in the underlying state tort cases.

However, to the extent Fireman's Fund and AMMI owe Hanna Steel coverage under their liability policies, Penn National contends they should required to share in the defense costs and indemnification of Hanna Steel associated with those underlying state cases.

*/s/ R. Larry Bradford*
_____
R. Larry Bradford, Attorney for Plaintiff,
Pennsylvania National Mutual Insurance Company
Attorney Bar Code: asb-8038-f64r

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
(205)871-7733
lbradford@bradfordsears.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this the _2_ day of October, 2008 served a copy of the foregoing to all attorneys of record by electronically filing and/or placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

David Hymer, Esq.
Joel M. Kuehnert, Esq.
Sarah L. Nichols, Esq.
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

J. Gusty Yearout, Esq.
Yearout & Traylor, P.C.
800 Shades Creek Parkway
Suite 500
Birmingham, Alabama 35209

Lloyd W. Gathings, II, Esq.
Gathings Law
2100 3rd Avenue North
Suite 900
Birmingham, Alabama 35203

Sharon D. Stuart, Esq.
Lynn S. Darty, Esq.
Christian & Small, LLP
1800 Financial Center
505 North 20th Street
Birmingham, Alabama 35203-2607

Vernon L. Wells, II, Esq.
Vernon Walker Wells, Esq.
Walston, Wells & Birshall, LLP
1819 5th Avenue North
Suite 1100
P.O. Box 830642
Birmingham, Alabama 35283-0642

William J. Edwins, Esq.
Rivkin Radler, LLP
926 RexCorp Plaza
Uniondale, NY 11556

Laura C. Nettles, Esq.
Lloyd, Gray & Whitehead, P.C.
2501 20th Place South, Suite 300
Birmingham, Alabama 35223

Paul A. Dame, Esq.
Laura A. Foggan, Esq.
Wiley Rein, LLP
1776 K Street NW
Washington, DC 20006

Cathryn Blue Derian, Esq.
Donald W. McCormick, III, Esq.
McCormick & Associates, P.C.
1829 E Franklin Street, Suite 600
Chapel Hill, NC 27514

Greta A. Matzen, Esq.
Colliau, Elenius, Murphy, Carluccio, Kenner & Morrow
600 N Pearl, Suite 1400
Dallas, TX 75201

_____
OF COUNSEL