# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| VS. | ) )   Case No.: CV-08-J-0635-S |
| HANNA STEEL CORPORATION, ET AL., | ) ) ) ) |
| Defendants. | ) |

## AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

Defendant American Manufacturers Mutual Insurance Company ("American Manufacturers"), by its undersigned attorneys, pursuant to Rule 56 of Federal Rules of Civil Procedure, hereby moves for Summary Judgment as to each count of Pennsylvania National Mutual Insurance Company's complaint, American Manufacturers' crossclaim against Hanna Steel Corporation ("Hanna Steel"), and Hanna Steel's crossclaim against American Manufacturers.

This Motion seeks this Court's determination that American Manufacturers, as a matter of law, owes no coverage obligation to Hanna Steel or any other party with respect to Hanna Steel's defense costs or liabilities arising from underlying actions alleging bodily injury and property damage as a result of Hanna Steel's industrial operations in Jefferson County, Alabama, because, under governing principles of Alabama law, the pollution exclusion in the policy American Manufacturers issued to Hanna Steel precludes coverage for the underlying actions.

For this reason, as more fully elaborated in American Manufacturers' accompanying Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment and exhibits submitted herewith, which are incorporated herein by reference, American Manufacturers' Motion for Summary Judgment should be granted.

Dated:  October 28, 2008

                                      Respectfully submitted,

                                      Vernon L. Wells, II
                                      WALSTON, WELLS & BIRCHALL, LLP
                                      Post Office Box 830642
                                      Birmingham, Alabama 35203
                                      (205) 244-5200


                                      _____*/s/ Paul A. Dame*_____
                                      Laura A. Foggan (admitted *pro hac vice*)
                                      Paul A. Dame (admitted *pro hac vice*)
                                      WILEY REIN LLP
                                      1776 K Street, N.W.
                                      Washington, D.C.  20006
                                      (202) 719-7000

                                      *Counsel for American Manufacturers*
                                      *Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2008, I electronically filed the foregoing AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| R. Larry Bradford<br>BRADFORD & SEARS PC<br>2020 Canyon Road, Suite 100<br>Birmingham, AL 35216<br>205-871-7733<br>Fax: 205-871-7387<br>Email: lbradford@bradfordsears.com | Jereme C. Logan<br>BRADFORD & SEARS PC<br>2020 Canyon Road<br>Birmingham, AL 35216<br>205-871-7733<br>Fax: 205-871-7387<br>Email: jeremelogan@gmail.com |
| David G. Hymer<br>BRADLEY ARANT ROSE & WHITE LLP<br>PO Box 830709<br>Birmingham, AL 35283-0709<br>521-8000<br>Email: dhymer@bradleyarant.com | David K. Pharr<br>BRADLEY ARANT ROSE & WHITE LLP<br>188 E Capitol Street, Suite 450<br>Jackson, MS 39201<br>601-592-9924<br>Fax: 601-592-1424<br>Email: dpharr@bradleyarant.com |
| Joel M. Kuehnert<br>BRADLEY ARANT ROSE & WHITE LLP<br>PO Box 830709<br>Birmingham, AL 35283-0709<br>205-521-8000<br>Fax: 205-488-6083<br>Email: jkuehnert@bradleyarant.com | Sarah Leaver Nichols<br>BRADLEY ARANT ROSE & WHITE LLP<br>One Federal Place<br>1819 Fifth Avenue North, Seventh Floor<br>PO Box 830709<br>Birmingham, AL 35283-0709<br>205-521-8341<br>Fax: 205-488-6341<br>Email: snichols@bradleyarant.com |
| J. Gusty Yearout<br>YEAROUT & TRAYLOR PC<br>800 Shades Creek Parkway, Suite 500<br>Birmingham, AL 35209<br>414-8160<br>Fax: 414-8199<br>Email: USCourts@yearout.net | Lloyd W Gathings, II<br>GATHINGS LAW<br>2100 3rd Avenue North, Suite 900<br>Birmingham, AL 35203<br>322-1201<br>Email: lgathings@gathingslaw.com |

| | |
|---|---|
| Greta A. Matzen<br>COLLIAU ELENIUS MURPHY<br>CARLUCCIO KENNER & MORROW<br>600 N Pearl, Suite 1400<br>Dallas, TX 75201<br>214-220-5910<br>Fax: 214-220-5902<br>Email: greta.matzen@cna.com | Cathryn Blue Derian<br>MCCORMICK & ASSOCIATES PC<br>1829 E Franklin Street, Suite 600<br>Chapel Hill, NC 27514<br>919-918-7113<br>Fax: 919-933-9233<br>Email: cbd@mccormicklaw.org |
| Donald W. McCormick, III<br>MCCORMICK & ASSOCIATES PC<br>1829 E Franklin Street, Suite 600<br>Chapel Hill, NC 27514<br>919-918-7113<br>Fax: 919-933-9233<br>Email: dwm@mccormicklaw.org | Gary D. Centola<br>RIVKIN RADLER LLP<br>926 RexCorp Plaza<br>Uniondale, NY 11556<br>516-357-3486<br>Fax: 516-357-3333<br>Email: gary.centola@rivkin.com |
| William J. Edwins<br>RIVKIN RADLER LLP<br>926 RexCorp Plaza<br>Uniondale, NY 11556<br>516-357-3533<br>Fax: 516-357-3333<br>Email: william.edwins@rivkin.com | Lynn S. Darty<br>CHRISTIAN & SMALL LLP<br>1800 Financial Center<br>505 North 20th Street<br>Birmingham, AL 35203-2696<br>205-795-6588<br>Fax: 205-328-7234<br>Email: lsdarty@csattorneys.com |
| Sharon Donaldson Stuart<br>CHRISTIAN & SMALL LLP<br>505 North 20th Street<br>Birmingham, AL 35203-2696<br>205-795-6588<br>Email: sdstuart@csattorneys.com | Laura C. Nettles<br>LLOYD GRAY & WHITEHEAD PC<br>2501 20th Place, South, Suite 300<br>Birmingham, AL 35223<br>967-8822<br>Email: lnettles@lgwpc.com |

*/s/ Paul A. Dame*