ELECTRONICALLY FILED
FILED
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**

EXHIBIT A

| | | |
|---|---|---|
| **KATIE LOWERY, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. CV 05–174** |
| | ) | |
| **HONEYWELL INTERNATIONAL, INC., et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**NOTICE OF APPEARANCE**

---

The undersigned counsel hereby file their Notice of Appearance as additional counsel for Hanna Steel Corporation in the above–referenced action.

/s/ *Howard K. Glick*
Howard K. Glick

/s/ *Steve R. Burford*
Steve R. Burford
Attorneys for Defendant Hanna Steel Corporation

**OF COUNSEL:**

**SPAIN & GILLON, L.L.C.**
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203–3753
Ph: (205) 328–4100
Fax: (205) 324–8866

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2008, a copy of the foregoing pleading was electronically filed with the Clerk of the Court using the AlaFile System which sends notification of such filing to counsel of record in this cause and that those not registered with AlaFile for electronic notification have been served by U.S. Mail.

/s/ Howard K. Glick
Of Counsel




EXHIBIT B

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BIRMINGHAM DIVISION

| | | |
|---|---|---|
| LOWERY KATIE,<br>LOWERY RICHARD,<br>JONES JOHNNY,<br>JONES ANGELA,<br>ET. AL.<br>Plaintiffs, | ) | |
| v. | ) | Case No.: CV-2005-001749.00 |
| HONEYWELL INTERNATIONAL,<br>HANNA STEEL CORPORATION,<br>CERTAIN TEED CORPORATION,<br>BUTLER MANUFACTURING CO,<br>ET. AL.<br>Defendants. | ) | |

ORDER

Motion to Withdraw as counsel for Hanna Steel Corporation filed by Spain & Gillon, L.L.C., including Howard K. Glick, Steve R. Burford and Wade A. Merritt is GRANTED.

DONE this 3rd day of September, 2008

/s TOM KING, JR.

CIRCUIT JUDGE