# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| PENNSYLVANIA NATIONAL MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | |
| HANNA STEEL CORPORATION, CEOLA ALLEN, KATY LOWERY, LARRY AARON, COLUMBIA CASUALTY COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, FIREMAN'S FUND INSURANCE COMPANY, AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. CV-08-J-0635-S |
| Defendants. | ) | |

## APPENDIX TO BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF DEFENDANT NATIONAL FIRE INSURANCE COMPANY OF HARTFORD

Respectfully submitted,

/S/ DONALD W. MCCORMICK

_____
Donald W. McCormick
Cathryn Blue Derian
MCCORMICK & ASSOCIATES, P.C.
1829 Franklin Street, Suite 600
Chapel Hill, NC 27514
(919) 918-7113
(919) 933-9233 – *fax*
dwm@mccormicklaw.org

*Of Counsel:*
Greta A. Matzen
State Bar No. 24025516
COLLIAU ELENIUS MURPHY
  CARLUCCIO KEENER & MORROW
Plaza of the Americas
600 North Pearl Street, Suite 1400
Dallas, Texas 75201
(214) 220-5900 – Telephone
(214) 220-5902 – Telecopy
greta.matzen@cna.com
kevin.murphy@cna.com

**ATTORNEYS FOR DEFENDANTS NATIONAL FIRE INSURANCE COMPANY OF HARTFORD AND COLUMBIA CASUALTY COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2009, a copy of the foregoing Appendix to Brief in Support of Motion for Summary Judgment of Defendant National Fire Insurance Company of Hartford was served on the following counsel of record via the CM/ECF system:

| | |
|---|---|
| Larry R. Bradford<br>Jereme C. Logan<br>BRADFORD & SEARS, P.C.<br>2020 Canyon Road, Suite 100<br>Birmingham, AL 35216 | David K. Pharr<br>BRADLEY ARANT ROSE & WHITE<br>188 E. Capitol Street, Suite 450<br>Jackson, MS 39201 |
| David G. Hymer<br>Joel M. Kuehnert<br>Sarah Leaver Nichols<br>Brian M. Blythe<br>BRADLEY ARANT ROSE & WHITE<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203-2104 | Robert K. Spotswood<br>Kenneth D. Sansom<br>Michael T. Sansbury<br>SPOTSWOOD SANSOM & SANSBURY<br>930 Concord Center<br>2100 Third Avenue North<br>Birmingham, AL 35203 |
| J. Gusty Yearout<br>YEAROUT & TRAYLOR, P.C.<br>800 Shades Creek Parkway, Suite 500<br>Birmingham, AL 35209 | Lloyd W. Gathings, II<br>GATHINGS LAW<br>2100 3rd Avenue North, Suite 900<br>Birmingham, AL 35203 |

| | |
|---|---|
| Lynn S. Darty | Vernon L. Wells, II |
| Sharon Donaldson Stuart | WALSTON WELLS & BIRCHALL, LLP |
| CHRISTIAN & SMALL, LLP | 1819 Fifth Avenue N, Suite 1100 |
| 505 North 20th Street | P.O. Box 830642 |
| Birmingham, AL 35203-2696 | Birmingham, AL 35283-0642 |
| | |
| Gary D. Centola | Laura A. Foggan |
| RIVKIN RADLER LLP | Wiley Rein LLP |
| 926 RexCorp Plaza | 1776 K Street NW |
| Uniondale, NY 11556 | Washington, DC 20006 |
| | |
| Laura C. Nettles | Richard W. Bryan |
| LLOYD, GRAY & WHITEHEAD, P.C. | Christopher P. Ferragamo |
| 2501 20th Place South, Suite 300 | Matthew D. Berkowitz |
| Birmingham, AL 35223 | JACKSON & CAMPBELL, P.C. |
| | 1120 20th Street, N.W., South Tower |
| | Washington, D.C. 20036 |

/S/ DONALD W. MCCORMICK

_____

Donald W. McCormick

**INDEX TO NATIONAL FIRE INSURANCE COMPANY OF HARTFORD'S
APPENDIX TO BRIEF IN SUPPORT OF THEIR
<u>MOTION FOR SUMMARY JUDGMENT</u>**

1. Affidavit of Kevin Horwitz.

   A. National Fire Insurance Company of Hartford policy number policy C 2087921667 for the policy period December 1, 2005 to December 1, 2006, subject to redaction of privileged, proprietary and/or trade secret information.

   B. National Fire Insurance Company of Hartford policy number C 2087921667 for the policy period December 1, 2006 to December 1, 2007, subject to redaction of privileged, proprietary and/or trade secret information.

   C. Declination letter sent to Hanna Steel Corporation on behalf of National Fire Insurance Company of Hartford and Columbia Casualty Company, dated July 16, 2007.

2. Affidavit of Donald W. McCormick.

   A. First Amended Complaint filed in this action by Plaintiff Pennsylvania National Mutual Insurance Company (the "First Amended Complaint").

   B. Answer filed by Hanna Steel Corporation in this action in response to the First Amended Complaint.

   C. Complaint from *Ceola Allen, et al. v. Hanna Steel Corp., et al.*, Jefferson County Circuit Court Civil Action Case No. 04-79 (attached as an exhibit to the First Amended Complaint on file in this action).

   D. Complaint from *Katie Lowery, et al. v. Hanna Steel Corp., et al.*, Jefferson County Civil Action No. 05-1749 (attached as an exhibit to the First Amended Complaint on file in this action).

   E. Complaint from *Larry Aaron, et al. v. Hanna Steel Corp, et al.,* Jefferson County Civil Action. No. 07-40 (attached as an exhibit to the First Amended Complaint on file in this action).